| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Kristina M. Launey (SBN 221335) |
| 2 | E-mail: klauney@seyfarth.com |
| | 400 Capitol Mall, Suite 2350 |
| 3 | Sacramento, California 95814-4428 |
| | Telephone: (916) 448-0159 |
| 4 | Facsimile: (916) 558-4839 |
| 5 | Attorneys for Defendants |
| | EDWARD S. ASLANIAN and |
| 6 | ELEONORE M. ASLANIAN |
| 7 | THIMESCH LAW OFFICES |
| | Timothy S. Thimesch (SBN 148213) |
| 8 | 158 Hilltop Crescent |
| | Walnut Creek, California 94576-3452 |
| 9 | Telephone: (925) 855-8235 |
| | Facsimile: (888) 210-8868 |
| 10 | |
| 11 | Attorneys for Plaintiff HOLLYNN D'LIL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOLLYNN D'LIL, | ) | Case No. CV 10 5405 (LB) |
| | ) | |
| Plaintiff, | ) | **THIRD STIPULATION AND** |
| | ) | **[PROPOSED] ORDER TO EXTEND** |
| v. | ) | **TIME FOR DEFENDANTS EDWARD S.** |
| | ) | **ASLANIAN AND ELEONORE M.** |
| BAY PARKING, LLC; ERCUMAN | ) | **ASLANIAN TO RESPOND TO** |
| KARADAG; EDWARD S. ASLANIAN; | ) | **COMPLAINT** |
| ELEONORE M. ASLANIAN; and DOES 1 | ) | |
| through 50, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | Complaint Filed: November 29, 2010 |

Pursuant to Local Rules 6.1(b) and 6.2, Plaintiff Hollynn D'Lil and Defendants Edward S. Aslanian and Eleonore M. Aslanian ("Defendants"), by and through their undersigned counsel, hereby stipulate to extend the deadline for Defendants to respond to Plaintiff's Complaint to April 1, 2011. The parties had previously stipulated to extend Defendants' answer deadline to March 2, 2011 (and prior to that, to January 31, 2011). This stipulation is entered into for the purpose of allowing the parties to continue settlement discussions, and therefore will not affect or alter any deadline previously set by Court order other than certain deadlines set by

1  General Order 56.  Pursuant to Local Rule 6.2, the reasons for the requested enlargement of time,
2  all previous time modifications in the case, and a description of the effect the requested time
3  modification would have on the schedule for the case are outlined in the attached Declaration of
4  Kristina M. Launey.
5      IT IS SO STIPULATED.
6  DATED: February 25, 2011                SEYFARTH SHAW LLP
7
8                                          By   s/ Kristina M. Launey
                                                Kristina M. Launey
9                                          Attorneys for Defendants
                                            EDWARD S. ASLANIAN and ELEONORE
10                                          M. ASLANIAN
11 DATED: February 25, 2011                 THE THIMESCH LAW FIRM
12
13                                          By   s/ Timothy S. Thimesch
                                                 Timothy S. Thimesch
14                                          Attorneys for Plaintiff
                                            HOLLYNN D'LIL
15
16
17      PURSUANT TO STIPULATION, IT IS SO ORDERED.
18
19
20 DATED: February 28, 2011                 _____
                                            District Court Judge
21
22
23
24
25
26
27
28

13164966v.2                                2                        Case No. CV 10 5405 (LB)
THIRD STIPULATION TO EXTEND TIME FOR DEFENDANTS EDWARD S.
ASLANIAN AND ELEONORE M. ASLANIAN TO RESPOND TO COMPLAINT

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" — Judge Laurel Beeler]