| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Kristina M. Launey (SBN 221335) |
| 2 | E-mail: klauney@seyfarth.com |
| | 400 Capitol Mall, Suite 2350 |
| 3 | Sacramento, California  95814-4428 |
| | Telephone:  (916) 448-0159 |
| 4 | Facsimile:  (916) 558-4839 |
| 5 | Attorneys for Defendants |
| | EDWARD S. ASLANIAN and |
| 6 | ELEONORE M. ASLANIAN |
| 7 | THIMESCH LAW OFFICES |
| | Timothy S. Thimesch (SBN 148213) |
| 8 | 158 Hilltop Crescent |
| | Walnut Creek, California 94576-3452 |
| 9 | Telephone: (925) 855-8235 |
| | Facsimile:  (888) 210-8868 |
| 10 | |
| 11 | Attorneys for Plaintiff HOLLYNN D'LIL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOLLYNN D'LIL, | ) | Case No. CV 10 5405 (LB) |
| | ) | |
| Plaintiff, | ) | **FOURTH STIPULATION AND** |
| | ) | **[PROPOSED] ORDER TO EXTEND** |
| v. | ) | **TIME FOR DEFENDANTS EDWARD S.** |
| | ) | **ASLANIAN AND ELEONORE M.** |
| BAY PARKING, LLC; ERCUMAN | ) | **ASLANIAN TO RESPOND TO** |
| KARADAG; EDWARD S. ASLANIAN; | ) | **COMPLAINT** |
| ELEONORE M. ASLANIAN; and DOES 1 | ) | |
| through 50, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | Complaint Filed: November 29, 2010 |

Pursuant to Local Rules 6.1(b) and 6.2, Plaintiff Hollynn D'Lil and Defendants Edward S. Aslanian and Eleonore M. Aslanian ("Defendants"), by and through their undersigned counsel, hereby stipulate to extend the deadline for Defendants to respond to Plaintiff's Complaint to April 15, 2011.  The parties had previously stipulated to extend Defendants' answer deadline to April 1, 2011 (and prior to that, to January 31, 2011 and March 2, 2011). This stipulation is entered into for the purpose of allowing the parties to continue settlement discussions, and therefore will not affect or alter any deadline previously set by Court order other

1  than certain deadlines set by General Order 56.  Pursuant to Local Rule 6.2, the reasons for the
2  requested enlargement of time, all previous time modifications in the case, and a description of
3  the effect the requested time modification would have on the schedule for the case are outlined in
4  the attached Declaration of Kristina M. Launey.
5        IT IS SO STIPULATED.
6  DATED: April 1, 2011                    SEYFARTH SHAW LLP

8                                          By    s/ Kristina M. Launey
                                                 Kristina M. Launey
9                                          Attorneys for Defendants
                                           EDWARD S. ASLANIAN and ELEONORE
10                                         M. ASLANIAN

11 DATED: April 1, 2011                    THE THIMESCH LAW FIRM

13                                         By    s/ Timothy S. Thimesch
                                                 Timothy S. Thimesch
14                                         Attorneys for Plaintiff
                                           HOLLYNN D'LIL

17        PURSUANT TO STIPULATION, IT IS SO ORDERED.

20 DATED: __April 1, 2011_____          _____
                                           District Court Judge

*IT IS SO ORDERED.*
*Judge Laurel Beeler*

13273366v.1                              2                    Case No. CV 10 5405 (LB)
FOURTH STIPULATION TO EXTEND TIME FOR DEFENDANTS EDWARD S.
ASLANIAN AND ELEONORE M. ASLANIAN TO RESPOND TO COMPLAINT