Thimesch Law Offices
TIMOTHY S. THIMESCH, ESQ., No. 148213
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff
HOLLYNN D'LIL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN D'LIL,<br><br>        Plaintiff,<br><br>v.<br><br>BAY PARKING, LLC; ERCUMAN KARADAG; EDWARD S. ASLANIAN; ELEONORE M. ASLANIAN; DOES 1 through 50, Inclusive,<br><br>        Defendants. | CASE NO. 4:10-CV-05405-LB<br>Civil Rights<br><br>**REQUEST FOR PARTIAL DISMISSAL WITH RETAINED JURISDICTION TO INTERPRET AND ENFORCE THE SETTLEMENT AGREEMENT; [Proposed] ORDER OF PARTIAL DISMISSAL** |

Plaintiff HOLLYNN D'LIL and Defendants EDWARD S. ASLANIAN; and ELEONORE M. ASLANIAN are pleased to report they have reached a complete settlement <u>between themselves</u> of all Plaintiff's claims against each of them, including attorney's fees, litigation expenses and costs. The Settlement does not include Defendants BAY PARKING, LLC and ERCUMAN KARADAG. Plaintiff therefore requests that the Court enter a dismissal of the action with prejudice <u>as to Defendants EDWARD S. ASLANIAN; and ELEONORE M. ASLANIAN</u>, with the Court maintaining continuing jurisdiction to interpret and enforce the settlement agreement. This request is made without prejudice to Plaintiff's claims against

////

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Request for Partial Dismissal With Retained Jurisdiction; Order: Case No. 4:10-CV-05405-LB**

Defendants BAY PARKING, LLC and ERCUMAN KARADAG, which remain ongoing.

Dated: April 19, 2011                    THIMESCH LAW OFFICES
                                         TIMOTHY S. THIMESCH, ESQ.

                                         /s/ Signature Authorized
                                         Attorneys for Plaintiff
                                         HOLLYNN D'LIL

**APPROVED AS TO FORM:**

Dated: April 19, 2011                    SEYFARTH SHAW LLP

                                         /s/ Authorized Signed
                                         KRISTINA M. LAUNEY, ESQ.
                                         Attorneys for Defendants
                                         ERCUMAN KARADAG; EDWARD S.
                                         ASLANIAN; and ELEONORE M. ASLANIAN

**ORDER**

SO ORDERED.

Dated: May 3, 2011

LAUREL BEELER
MAGISTRATE JUDGE
U.S. DISTRICT COURT

IT IS SO ORDERED
Judge Laurel Beeler

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

Request for Partial Dismissal With Retained Jurisdiction; Order: Case No. 4:10-CV-05405-LB                — 2 —