UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| HOLLYNN DLIL, | No. C 10-05405 LB |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |
| v. | |
| BAY PARKING LLC, et al., | |
| Defendants. | |

On August 5, 2011, the Clerk of the Court entered default against the remaining defendants to this action (Bay Parking, LLC and Ercuman Karadag). Clerk's Entry of Default, ECF No. 22. Since then, Plaintiff has filed nothing. Accordingly, the court **ORDERS** Plaintiff to show cause why this action should be dismissed for failure to prosecute. Plaintiff **SHALL** do so by filing a written response no later than Thursday, January 17, 2013. The court **SETS** a show cause hearing for Thursday, February 7, 2013 at 11:00 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

**IT IS SO ORDERED.**

Dated: January 7, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 10-05405 LB
ORDER